COMPLAINT UNDER 42 USC § 1983

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

James D. Williams,
County Jail I.D. # 415460
Montgomery County Jail
#1 Criminal Justice Dr.
Conroe, Texas 77301
        Plaintiff

vs.                          Case No._____

Tommy Gage, Sheriff,
INDIVIDUALLY and
Officially - County Sheriff,
Montgomery County, Texas
#1 Criminal Justice Dr.
Conroe, Texas 77301
        Defendant

Montgomery County Sheriff's,
Department and unknown
employees, Individually
and Official Capacities and
the entity and entities of,
#1 Criminal Justice Dr.
Conroe, Texas 77301
Defendants          page 1

United States District Court
Southern District of Texas
FILED

FEB 7 2011

David J. Bradley, Clerk of Court

Dr. Kenneth Davis, M.D.,
Individually and Officially
#1 Criminal Justice Dr., Clinic
Conroe, Texas 77301
    Defendant

I. Previous Lawsuits:

A. I have previously filed a law suit
   in Federal court relating to my
   imprisonment

B.
   1. Approximate filing date: April 2003
   2. Plaintiff: James D. Williams
            TDCJ.I.D. # 556322
   3. Court: Eastern District of Texas
            Tyler Division, Federal
   4. Docket No: 54 CV 603
   5. Magistrate Judge: Judith Guthrie
   6. Disposition: Dismissed - Resolved
            without Trial.
   7. Approximate date of Disposition:
   March 2004

page 2

II. Place of Present Confinement: Montgomery County Jail, Conroe, Texas

III. Exhaustion of Grievance Procedures:

A. The Montgomery County Jail Grievance system has failed in part and has only allowed me to partially apply it to the Plaintiffs' complaints limitedly, which in essence, has failed fundamentally, as follows:

1. A Complete detailed set of rules were not made available to the plaintiff on how the grievance system and procedures work, in appeals and time limits of each appeal process.

2. Only _select_ grievances were answered and returned to me, Any that concerned access to courts, which was denied in the beginning in full, and later for the most part, were lost by staff, not answered and not returned.

3. There are no grievance boxes to insure

Page 3

the outgoing grievances are Not read, lost or discarded by jail staff or inmates after mailed by inmates, officers are able to read grievances filed against themselves or associates prior to being turned over to the grievance coordinator and the officers can and have discarded them if they feel disciplinary action is going to be taken by their superiors. For these reasons, several of my most crucial grievances have been lost or gone unanswered even after being filed a second time.

4. There are No filing Numbers assigned to grievances for future references or appeals if appeal process does in fact exist.

5. There are No forms for an appeals process or instructions on how, when or where to make appeals. 2 attempts to make an appeal was met with the same person answering the appeal that

Page 4

answered the original complaints, stating it was a repeat complaint or duplicate.

6. The original copies of grievances are kept by administration, photo copies are returned to inmates which some can not be fully read or understood, due to poor pennmanship and failed photo copying.

7. Only 3/4 of the original complaints were answered & sent back but I do have a "brief" of each subject I filed on, with the date filed, with record of which were lost by staff and which ones were actually handled and answered and returned to me. Access to court issues and complaints by plaintiff were the main ones lost.

8. Finally, Plaintiff is enclosing atleast 1/4 of copies made by jail staff with this writ application.

Page 5

Page 6

IV.   Parties To This Suit:

A.   James D. Williams
     Jail I.D. # 415460   AS/L
     Montgomery County Jail
     #1 Criminal Justice Dr.
     Conroe, Texas 77301
          Plaintiff

B.   Tommy Gage, Sheriff,
     individually and his
     official capacity
     Montgomery Co. Sheriffs' Office
     #1 Criminal Justice Dr.
     Conroe, Texas 77301
          <u>Defendant #1</u>

<u>Indangerment</u>, Conspiracy and Negligence
     Defendant #1, Failed to insure Plaintiffs'
physical safety and health was
immediately cared for in medical
treatment and allowed my civil rights
to be deliberately violated causing
serious bodily injury and damage
to litigation pending Now & before
entering this jail as well as this
writ, by Conspiracy & Direct
Retaliation. Civil Rights Violation against
Plaintiff. Deliberate Indifference

B. Cont.                                                    Page 7

Defendant #2: Montgomery County Sheriff's
Department, the intity of itself and
of any and all unnamed, unknown
Employees of this intity.
        #1 Criminal Justice Dr.
        Conroe, Texas 77301
Indangerment, Conspiracy and Negligence
    Defendant #2: Failed to adopt rules &
policies and train staff of proper
operations to insure the safety, health
and Civil Constitutional right were
Not violated during Plaintiff's custody.
Failed to supply sufficient funding
for health care and provide ample
access to courts through access to
Law Library and proper privilidges
and recreation, for Plaintiff, by
actually doing so and conspiring
to do so by staff employed there
in. Failed to protect Plaintiff's Civil Rights

Defendant #3: Edsd West, Medical
Supervisor, Montgomery County Jail,
#1 Criminal Justice Dr., Conroe, Texas
77301. Official & INdividual Capacities
Indangerment, Conspiracy and Negligence
and Deliberate INdifference.

B. Cont.

Page 8

Defendant #3, Conspired to and denied full and complete access and actual Medical Treatments which directly caused serious physical and mental injury, deliberately. Conspiracy, Indangerment and Negligence, Deliberate Indifference.

Defendant #4: Ken Areola, Captian & Jail Administrator, Officially and individually. #1 Criminal Justice Dr., Conroe, Texas 77301

Defendant #4 Conspired and Failed to Coordinate staff and administer sufficient jail procedure to ensure full access to courts in all forms which I was denied as well as other activities and priviledges of other inmates. He also conspired to retaliate against Plaintiff for the filing of litigation against this jail. Negligence/Indangerment, Retaliation, Violation of my Civil Rights Deliberate Indiffence & Conspiracy.

Defendant #5: Connie, (last Name Not available to Plaintiff), Medic. #1 Criminal Justice Dr., Conroe, Texas 77301 Violated Rights to Medical Privacy Twice

B. cont.

Page 9

<u>Defendant #5</u>:

Conspired to and deliberately intentionally violated my civil rights, state & federal by breeching Patient Confidentiality by exposing my medical records and information during 2 seperate medical exaims, the second of which was under the supervision of Dr. Kenneth Davis, by allowing 2 NON-Medical persons to watch & listen during a medical exaim, which caused great mental & emotional anguish due a sexually transmitted desease I have. Conspired & Deliberate Negligence and endangerment & Retaliation Deliberate Indifference.

<u>Defendant #6</u>: Dr. Kenneth Davis, M.D., Montgomery Co. Jail Infirmary, Individually and official capacities; #1 Criminal Justice Dr, Conroe, Texas 77301

<u>Defendant #6</u>, Conspired with jail Medical staff and Supervisional staff to deny Plaintiff proper medical, Prescribe me medication and supplies for weeks then doing so without even having spoke to me or laid eyes on me in person or in an exaim, causing

B. Cont.

Page 10

plaintiff serious bodily injury. He refused to see me for my first 32 days of incarceration and weeks after 2 serious injuries. Negligent Indangerment. Deliberate Indifference

Defendant #7: Lieutenant R. Querternous, jail supervisor, Individually and Official Capacities, #1 Criminal Justice Dr., Conroe, Texas 77301

Civil Rights violation:

Defendant #7 Conspired with jail staff and directly denied me medical treatment & denied me access to courts by denying enough Law Library access time and Conspired to directly retaliate by deny me the same priviledges as other inmates and having a Deputy leave me outside in cold 32 degree wheather improperly dressed. He has refused to answer several grievances which are very damaging to him and his staff. He also would not give me an ink pen to write this writ, as is required by all courts- Federal, and Conspired with Deliberate Indifference and Endangerment, Retaliation.

B. Cont.

Defendant #8: Billy Jordan, Deputy-
Official and Individual capacity.
#1 Criminal Justice Dr., Conroe, Texas
77301. Conspiracy, Retaliation and
Deny access to courts.

Defendant #8, Conspired to and did
deliberately deny more than 7 hours
of law library access within 38 day
period Between 12-10-10 and 1-16-11,
for the Defindant. ON 1-14-11 he locked
plaintiff on the recreation yard in 34
degree weather with very little clothes
on and cut out the linning of my jacket
prior to issuing it to me. Made me use
my catheter on myself with no water
to clean of Iodine, Lubricant & Urine
afterwords, on recreation yard.
Negligence, Conspiracy, Retaliation
over litigation Denial access to
courts. Endangerment; Coption Areda,
Lieutenant R. Quertermous, Deputy
Jordon and Officer Moak Conspired
to deny me access to courts and the
law library and the incident that
took place on 1-14-11 on the recreation
yard. Retaliation, Deliberate Indifference
Denial of access to courts, Conspiracy.

V. Statement of Claims                    Page 12
              Paragraph A.
Plaintiff was denied Medical by Dr.
Kenneth Davis and denied access to a
doctor by Edsel West and medical staff
for 12 days, 12-10-10 thru 12-22-10 resulting
in 3 seperate seizures, 12-13-10, 12-14-10 &
12-18-10 which result in severe neck and
shoulder injuries. The intire staff of
the infirmary along with Sheriff gage
conspired to deny access to medical
care in full to save money. Negligence,
Conspiracy to deny medical, Indangerment
Deliberate Indifference, Not seen
by a doctor for injuries for 21 days.
X-Ray order at 22 days. 12-18-10 to 1-12-11

              Paragraph B
Edsel West and Medical Staff has denied
my requests to be seen by a doctor or
take X-Rays of my neck and shoulder
injuries from 12-18-10 to present 1-10-11.
I have Not been allow to be seen by
a doctor period since entering this
Jail 31 days ago though I have several
serious medical conditions and no
type tests have been preformed my
claims or needs prior to 1-10-11, by
Negligence, Conspiracy to deny Civil Rights.

Cont.

## V.   Statement of Claims

Page 13

### para C.

I was denied treatment for my neuro-genic bladder "in full" from 12-10-10, 12-11-10, 12-12-10, 12-16-10, 12-17-10 & 12-27-10. On these dates I was forced to reuse used catheters or use human spit as lubricant or both on some days. Denial of Plaintiff involved Medic Connie, Edsel West, Dr. Kenneth Davis. Caution warning on the catheters clearly state not to be reused. The lubricant given to me at first was expired and could not safely be used. Use of the wrong catheters by Dr. Davis caused external bleeding inside penis combined with lack of lubricant and use of Plaintiffs own human spit. Medic Connie stated a little blood from penis would not harm me but it was a lot of blood, not a little. The toilet was red with blood. She denied me a doctor. West and Connie deny to let me veiw my own medical records. They claim I need a lawyer to file a medical release form and pay for my own records and I'm not allowed to review them before.

Cont.    V.   Statement of Claims                    Page 14

para. D.

On 12-23-10 when Medic Connie brought me into the exaim room when I was passing blood from my penis, she deliberately violated my Medical Patient Privacy and Patient Confidentiality in the jail infirmary by allowing 2 Non-medical persons to come into the exaim room and view the exaim as well as listen to all said between her and I and my medical history as to what she had to say about it. She also video/audio taped the exaim while 4 other Medics in the clinic stood around laughing and making jokes about me bleeding from my penis.

para. E.

Edsel West, Dr. Keanth Davis and Medic Connie have had medical records of Plaintiff being treated for mental illnesses for over 30 years including 3 suicide attempts, in their possession since 12-21-10 but still refused to let me be seen by a psychiatrist and stated in writing that they do not employ one here and Dr. Kenneth Davis (M.D.) prescribed me

Cont | V. Statement of Claims          Page 15
          para E. Cont.

medication (psychitropic) without ever
even seeing me, talking to me or
examining me in any way in person.
An M.D. can not legally prescribe a
psych patient psychiatric medications
because his medical practice license
does not cover the field of psychiatry
or the medications used by a psychiatrist.
He did not even prescribe me the right
medication I normally take for
Depression. And he waited until I was
incarcerated 22 days before they
gave me any medication that would
stop thoughts of suicide which I
had the whole time and even
scared my family away from me.
Negligence, Endangerment, Deliberate
Indifference and Conspiracy
to do so by full medical staff and
Captain Areola, Lt. Quertermous &
Sheriff bage. Retaliation because
of my litigation against them


          para F.
Sheriff bage denied me access to
court and conspired to do so with
Captian Areola, Lieutenant R.

Cont. V. Statement of Claims                    Page 16
                    para F cont.

Quertermous, Deputy Billy Jordan &
Sgt Ward to inforce the denial
completely from 12-10-10 to 12-29-10
and only allowing me 7 hours in
the law library from 12-29-10 to
1-17-11 which no work was done for
3 of those hours because the
computers were down for 3 hours
while I sat in the law library
without access to law books on
1-12-11, They do not have a fully
stocked Law Library here so if
the computer goes down and Lexus
Nexus can't be accessed you can't
research anything. So basically
I have been allowed 4 hours in
38 days even though I am filing
and maitaining 3 civil suits at
once Pro Se. They refuse to give
me more than 2 hours per week in
the law library and said I will need
a court order or injunction to get
more while my litigation is being
severely damaged and comprimised
due to Denial. This is conspiracy
to retaliate due to litigation I
am filing against this sheriffs'

Cont. V. Statement of Claims
                para F. Cont.

department. Violation of Constitutional
and civil rights, Deliberate Indifference
I am prosecuting the case Pro Se, I
can not afford an attorney. I also
have civil legal problems I need
immediate and ample time research
and and address a Galveston County
Entity who greatly endangered my life
& safety due to negligence, Lt.
Quertermous stated he does not
have to have a law library period
in this jail, He said if he gave me
additional time he would have to
give every one additional time in
the law library (1100 inmates) when
in reality only Less than 1% of
those inmate attend Monthly. Lt.
Quertermous also refuses to let me
do my legal work in ink pen in my
cell. He stated you have to do your
legal work in pencil. He claims he
call your U.S. District Clerk and
was informed I could file my suit
in pencil or Crayon. Pens only apply
to TDCJ-ID inmates, Conspired to &
directly denied access to courts in
full, Retaliation Damaging other litigation.

Cont. Ⅱ Statement of Claims                    Page 18

## G.

I am futher denied access to courts due to an unsecured, unorganized & inattective institutional grievance system here in this jail. There are No set of <u>detailed</u> written rules on this grievance procedure. There are No grievance mail boxes to secure a grievance until the grievance coordinator can retrieve them for investigations, which causes grievances to vanish without being answered, or seen by the Grievance Coordinator. I filed grievances on 12-16-10, 12-18-10, 12-17-10, 12-24-10, 12-25-10, 12-28-10 12-30-10, 1-3-11, 1-10-11, These grievances were Never answered. They all concern deny access to law library, grievance procedure issues, denial access to an ink pen. I also have not had responses on several on Medical issues and other issues where I made hand written copies of each beginning on 1-5-11 thru present. They refuse to answer damaging grievances on Civil Rights and Compliance issues with jail standards. There is said to be an appeal system but there are No forms for such. This is how they lose grievance conveniently - there are Not

Cont. IV Statement of Claims                    Page 19

G. Cont.

any file Numbers on grievances here
so there are No holes in the filing
system when certain grievances are
conveniently or otherwise lost. When
I ask where certain grievances are
I filed, they claim I never filed them.
They refuse to put in writing how
the appeals system works or the
file system. Most grievances that
are returned are not ledgable or
Photo copied where bottoms are missing.
They keep the original for themselves.
When I make a claim on the same
issue which continues to happen
over & over on several different dates
they claim I am duplicating grievances.
The grievance Coordinator is Sgt Ward.
Sgt Ward, Captian Oreola & Lt. R.
Quertermous again are Conspiring
to deny access to courts, Retaliating
against me for use of grievance
system, Negligence and are damaging
my pending litigation in other
cases, being Deliberately Indifferent.
   If indigent like myself I am allowed
a 3" pencil per week with no eraser and
No way to sharpen the pencil in Ad. Seg.

Cont. Ⅳ Statement of Claims          Page 20

## H.

I am being denied access to the same priviledges as other inmates. I am housed in Administrative Segregation for NON disciplinary issues and NON violent history. I am here for my personal safety, As a result I am denied:

#1  Television priviledges completely.

#2  Warm clothing to be able to take advantage of my 1-hour daily recreation as there is No longer an indoor recreation facility in this jail and I do not have **socks** or underwear or a jacket. When I filed a grievance on this Lt. Querternous, Captian Areola, Deputy Billy Jordon & Officer Moak Conspired & retaliated by coming to my cell at 7:30 AM on 1-14-11 telling me they had a warm coat for me. Billy Jordon and Moak brought me to a secluded Recreation yard other than my Normal yard where No other inmates could see me. They threw the jacket out in the yard and closed the door on me. When I picked up the jacket I noticed they had recently cut all the lining out of it. It was very thin. It was 33°

Cont **II Statement of Claims**                    Page 21

### H. Cont.

degrees outside. I was wearing a very thin jumper, shower shoes, no socks & no underwear. I knocked on the window after 10 minute and told Jordon I was too cold that I wanted in. He told me No, I had No choice but to stay out one hour. I told him there was No running water and I have to catheterize myself to urinate. Both Jordon and Moak told me to make the best of it. So I catheterized myself and had to spend the next 45 minutes with urine, Iodine (a poisonous solution) and lubricant on my hands. On my way back to my cell Deputy Jordon Blurted out to other inmates that I was in Protective Custody because a certain gang had a hit on my life. He kept telling me I was a peice of shit and did Not deserve to live. Due to the Rec. Yard ordeal I am Now sick with a bad cold or Flu but Medical wont answer my requests. Deputy Jordon is the law library supervisor and Officer Moak is the mail officer.

Cont. II  Statement of Claims                    Page 22

H. Cont.

They were pulled off their original daily job by Captian Oreola & Lt. R. Quertermous to perform this task of Retaliation that morning, It was all planned out. I was the only inmate in segregation that day to be brought to recreation. The jacket they gave me that morning was an outside trusty jacket. The linning had just recently been cut out. No regular inmates or ad. seg. inmates are allowed jackets

#3  Other general population inmates are furnished with cards and games by the jail. When I asked for a deck of cards for the game "Solitory" they densed that but brought me a card game called "Skip Bo" & one called "Uno", Both games require 2 or more players. They laughed at me when they gave them to me. More deliberate retaliation. Deliberate Indifference

#4  The chains en shackles they make me wear when I come out of my cell are another form of retaliation. I am only

Cont. II. Statement of Claims                    Page 23

H. Cont.

#4 Cont.

allowed one free hand while in the law library to read, write & use a computer. I am also not able to defend myself against my enemies and two times when I was in the law library persons belonging to the gang that are my enemies and have a contract on my life were in the library. They freely march me around any & all inmates in the infirmary, law library and down the halls in leg irons, waist chain and cuffs not caring if I am attacked. The reason for the chains is an escape record from 1991. I am not violent and my crime is NON-violent as well as my history. This is another form of Negligent Retaliation. They want me to get attacked obviously. On 12-30-10, 1-5-11, 1-10-11, 1-11-11, 1-12-11, 1-14-11 & 1-17-11 I was brought out in population around enemies while I was in full shackles. The guards have no weapons to protect me. I am completely helpless at those times.

Cont. II Statement of Claims                    Page 24

## I.

On 1-11-11 Medic Connie & Dr. Davis Both violated patient Confidentiality by again having 2 officers in the exam room while the discussed my medical problems and history. When I refused to continue the exam and requested the officers be removed they refused even though I was in full shackles and could not possibly be a treat to anyone. When I refused to let Medic Connie draw blood but asked for privacy and another qualified person to do so Connie refused and made me leave the infirmary and the doctor said nothing. Violation Civil privacy rights, Retaliation, Deliberate Indifference, Medical Negligence. I was in the exam to see about my injured neck from my last seizure. Drawing blood had nothing to do with a neck injury.

Your Honor, I have many more details to all above claims. Please allow me a Spears hearing to finish. I tried to be as brief as possible here. I am not an attorney Sir.

Page 25

## Statement of Claims

All of the above is filed in the individual and official capacities of all defendants involved.

<u>Plaintiff claims:</u> Deliberate Indifference, Negligence, Retaliation due to Plaintiff's litigation, Wreckless indangerment, and conspiracy to all enactments and claims.

Sec. $\overline{V}$

# RELIEF:

<u>Punitive Relief:</u> in the form of Re-construction of medical care and procedures and policies, that are causes of Negligences, as well as reconstruction of grievance system and reconstruct policies on jail procedures as they relate to Admini-strative Segregation and movement of it's Protective Custody inmates. Measures seen fit by the courts, as in Fines.

Monetary Relief: Pay all court costs and filing Fee of Plaintiff. Com-pensate Plaintiff for pain and suffering, retaliations & deliberate indifference, as the courts see fit, Full medical costs of future Neck and shoulder injury, as well as present medical costs.

Pain and suffering - $20,000.00
Actual Physical Damages - $20,000.00
Emotional & Mental Anguish $20,000.00

Page 27

## VII
## General Background

A. Known Names/Aliases:

  James Dale Williams, James Dale Simms

B. TDCJ #s: 287512, 341888, 425733,
  556322, 628514

  This is not a suit against TDCJ.
This is against the Montgomery Co.
Jail & Sheriff & staff.

  My jail # is 415460

## VIII
## Sanctions

A. No sanctions history
B.   N/A
C. No sanction warning imposed
D.   N/A

Date Executed:        James D. Williams
  1-17-11

                      James D Williams
                        Plaintiff
                        Pro Se

D. If your answer is "yes", give the following information for every lawsuit in which *Page 28*
warning was imposed. (If more than one, use another piece of paper and answer
the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date warnings were imposed:_____

Executed on: _I- 17-11_
DATE

*James D. Williams*
*James D. Williams*
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true
and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current
mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil
actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were
dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may
be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire
$150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from
my inmate account by my custodian until the filing fee is paid.

Signed this _____17th_____ day of _January_, _2011_.
(Day)                        (month)              (year)

*James D. Williams*
*James D. Williams*
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in
response to the following questions will result in the imposition of sanctions. The sanctions the Court may
impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
INMATE GRIEVANCE FORM

TO: GRIEVANCE OFFICER

FROM: Williams, James

DATE FILED: 1-13-11

PIN# 415460 01-11-11

CELL LOCATION: A s/c

DATE CONFINED: 12-10-10

Mailed 1-13-11 @ 2:30 PM

A GRIEVANCE IS:

COPY

1. A VIOLATION OF CIVIL RIGHTS or
2. A CRIMINAL ACT OCCURS or
3. A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4. A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5. A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED. DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR. IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE. MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

STATEMENT

Written Copy:

Lt Quertermous states Pens are only to be used by TDCJ-ID inmates for legal work. County jails do not fall under the same Civil Rights guidelines as Prisons. Our constitutional rights are completely different. He won't give me these comments in writing, only Verbally

YOUR SIGNATURE James D Williams

NOTE: Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS. THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

ACTION TAKEN

Pens Are not Allowed in the facility for inmates to keep in their housing AREA. According to the U.S. District's Clerk office for the Southern District of Texas inmates may file suits and motions in Pencil.

Lt. Quertermous 01-13-11

# MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

RECEIVED 01-03-11

**TO:   GRIEVANCE OFFICER**

**PIN#** 415460

**FROM:** Williams, James

**CELL LOCATION:** AS/L

**DATE FILED:** 1-3-10

**DATE CONFINED:** 12-10-10

**A GRIEVANCE IS:**

COPY

1. A VIOLATION OF CIVIL RIGHTS or
2. A CRIMINAL ACT OCCURS or
3. A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4. A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5. A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**STATEMENT**

On 12-18-10 I had my 3rd seizure while being denied my medication and hurt my neck and shoulder. I sent 3 sick call requests about this, On 12-27-10, 10 days later, a medic called me out and checked on it. He said I woul see the doctor that week. The pain has got much wors. Pain down arm & fingers are numb. I still have not seen a doctor. Again I am being denied medical treatment and West Refuses to let me see the contact Doctor here.

**YOUR SIGNATURE** James Williams

**NOTE:** Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

**RECEIVED JAN 04 2011**

**ACTION TAKEN**

IM seen in medical on 12-23-10 for other complaint, but when asked about additional complaints, record reflects all complaints were addressed. Shoulder and neck pain or injury was not indicated in encounter. IM was seen in medical on 12-27-10 for complaint of neck & shoulder pain. NO significant findings were noted and inmate IM was told to return to medical if symptoms continued not that he would see a doctor. IM scheduled for sick call based on this grievance and complaint.

## MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
### INMATE GRIEVANCE FORM

RECEIVED 1-4-11 LBW

TO:   GRIEVANCE OFFICER                PIN# 415460

FROM: Williams, James                 CELL LOCATION: A5/L

DATE FILED: 1-3-11                     DATE CONFINED: 12-10-10

A GRIEVANCE IS:   (1)   A VIOLATION OF CIVIL RIGHTS or
                   2.   A CRIMINAL ACT OCCURS or
                   3.   A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
                  (4)   A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
                   5.   A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

COPY

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

### STATEMENT

On 2-18-10 I had my 1st seizure due to denial medication or medical treatment. I filed a grievance on this. The grievance was not returned. Please put in writing why, and why my request for treatment were also denied prior to my filing the grievance, in writing.

YOUR SIGNATURE  James D. Williams

NOTE:  Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

### ACTION TAKEN

RECEIVED JAN 04 2011   Issues regarding this individuals claims to have seizures during his confinement in the MCSO Jail have been addressed on numerous occasions with written response to grievance. All Grievance presented to the medical department have been addressed in writing and returned for distribution to the inmate. As indicated in previous communications, this facility has requested medical records to determine this individuals medical history, and the medical director has reviewed and taken appropriate action to provide this inmate with treatment of his medical complaints. This Grievance is not founded — I West 9801

## MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
### INMATE GRIEVANCE FORM

**TO:   GRIEVANCE OFFICER**

**FROM:** Williams, James

**DATE FILED:** 1-3-11

**PIN#** 415460

**CELL LOCATION:** A5/L

**DATE CONFINED:** 12-10-10

Filled again for previous filings

**A GRIEVANCE IS:**

COPY

1.   A VIOLATION OF CIVIL RIGHTS or
2.   A CRIMINAL ACT OCCURS or
3.   A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4.   A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5.   A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**STATEMENT**

On the following dates I filed grievances for denial of access to the law library which were not answered or returned to me: 2-16-10, 2-17-10,. Please give written reasons why I was denied access to law library and access to courts from 12-10-10 thru 12-27-10. My previous grievances for 12-16 & 12-17-10 were never answered. Please don't lose this one. Library logs will not lie.

**YOUR SIGNATURE** James Williams

**NOTE:**  Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

**ACTION TAKEN**

On 12-30-10 I/M in Library 1320-1550

On 1-5-11 I/M in Library 0910-1120

MONTGOMERY COUNTY SHERIFF'S DEPARTMENT

INMATE GRIEVANCE FORM

TO: GRIEVANCE OFFICER          PIN# 415460

FROM: Williams, James          CELL LOCATION: A5/L

DATE FILED: 1-18-11            DATE CONFINED: 12-10-10

A GRIEVANCE IS:
1. A VIOLATION OF CIVIL RIGHTS or
2. A CRIMINAL ACT OCCURS or
3. A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4. A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5. A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED. DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR. IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE. MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

STATEMENT

Hand Written Copy

On 1-14-11 I was retaliated against by Deputy Jordan & Officer Week after they cut the linning out of a jacket & forced me to remain in 32° weather with no socks and a worthless jacket with no bedding to some inside

YOUR SIGNATURE _James Williams_

NOTE: Only one issue is to be presented on each form.

SEE Reverse

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS. THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

ACTION TAKEN

you will think of any excuse to get out of being sued West. While you think up so many invalid excuses, all I have to do is tell the truth.
     You are wasting your time

I Know for a Fact my TDCJ health records have been in your possession for over 2 weeks. Lose Lips Sink Ships

     Try another excuse.
you are not a Federal Judge Sir and I doubt you have ever had to lie to one on stand yet but in about a year, you will get your chance in trial. He will not be an inmate you're use to Feeding B.S. to. Save it for him, and the longer I go un-treated physically & mentally the more excuse you will need to dream up. Common Sense, And the stronger my case gets

MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
INMATE GRIEVANCE FORM

TO:   GRIEVANCE OFFICER                    PIN# _____          1-5-11
                                                                        L Rw

FROM: _____              CELL LOCATION: _____

DATE FILED: _____              DATE CONFINED: _____

A GRIEVANCE IS:        1.   A VIOLATION OF CIVIL RIGHTS or
                       2.   A CRIMINAL ACT OCCURS or
**COPY**               3.   A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
                       4.   A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
                       5.   A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL
BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF
YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE
DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF
MY KNOWLEDGE AND BELIEF.

                              STATEMENT

_at 7:00AM __ 1-11-1 7 _____

_____ thu I _____ an _____

request for more catheters, 10:00 __ 1 ___ ___

as of ___PM the medical dept has ___ ___

both. I have had to use, used catheters who

are Not sterile w/human spit for lubricant

cathete                       YOUR SIGNATURE _____

NOTE:  Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT.
THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL
WEST OR HIS DESIGNEE.

                              ACTION TAKEN
RECEIVED JAN 05 2011  The medical record indicates that this inmate was provided
with (21) Catheters and the necessary supplies related to his self-cath procedure
in weekly allotments for catherization 3 times per day. # There has not been
a break in this passing of supplies. As these items are being provided to you
as Keep-on-person items, it is in itself also your responsibility to notify
the medical staff when you are in need of additional supplies. the use of contaminated supplies
___ it is the result of your not bringing the matter to the

### MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
### INMATE GRIEVANCE FORM

RECEIVED

TO:   GRIEVANCE OFFICER          PIN# 115963

FROM: Williams James             CELL LOCATION: AC/L

DATE FILED: 1-6-11               DATE CONFINED: 12-10-10

Mailed 1-6-11 @ 3:00PM

A GRIEVANCE IS:   1.   A VIOLATION OF CIVIL RIGHTS or
                  2.   A CRIMINAL ACT OCCURS or
COPY              3.   A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
                  4.   A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
                  5.   A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL
BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF
YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE
DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF
MY KNOWLEDGE AND BELIEF.

Previous Date of the Date
written Copy

### STATEMENT

On 12-21-10 I was escorted to a probable cause hearing
by an officer and deputy. On the way from 24 hour
holding they told me not to ask the judge any
questions only answer his. When I tried to ask
the judge why my hearing and Miranda Warning was
being done several weeks past the 24 hour statue
of limitations which is _____ the officers
help me shut up and rushed me out of the court

YOUR SIGNATURE  Cameron L. Williams

I had every right to ask the judge questions.

NOTE:  Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT,
THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL
WEST OR HIS DESIGNEE.

### ACTION TAKEN

Your rights were read in Galveston before you were transported
and they are read again after you are here. This is the only thing the judge
is there for, they are not there to argue your case, only to let you know your
Bond status, your attorney take care the Question you might have

Sgt. Ward

RECEIVE
1-7-11

## MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

TO:   GRIEVANCE OFFICER                    PIN# 415460

FROM: Williams, James                      CELL LOCATION: AS/L

DATE FILED: 1-7-11                          DATE CONFINED: 12-10-10

A GRIEVANCE IS:    1.    A VIOLATION OF CIVIL RIGHTS or
                   2.    A CRIMINAL ACT OCCURS or
                   3.    A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
                   4.    A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
                   5.    A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL
BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF
YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE
DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF
MY KNOWLEDGE AND BELIEF.

### STATEMENT

On 1-5-11 Medic/Nurse Charles told me he had
my medical records from TDCJ and my psychiatric
meds would be restarted that Night. They have Not
He also told me on 1-5-11 for the second time
in 2 1/2 weeks that I would see a doctor
about my Neck & shoulder injury and the
appointments were scheduled - but I still have not seen a
doctor.

YOUR SIGNATURE James Williams

NOTE:  Only one issue is to be presented on each form.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT,
THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL
WEST OR HIS DESIGNEE.

RECEIVED JAN 11 2011

### ACTION TAKEN

Inmate is on the Jail Medical Directors List of patients to evaluate.

He will be called to the medical department at the appropriate time for this physician encounter.

The indication that Medic Charles stated that he would be started on psychotic medication
on the date of the medical encounter is questioned, but, if the medic so stated, that is not possible
given the medical standards of this facility. First, the jail medical director would have to approve
the medication and then the medication would have to be ordered from the pharmacy. That is exactly
what happened in this case, and the medication was started upon receipt by this facility. E West geo

*mwj*
RECEIVED
1-11-11
*LRW*

## MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

TO:   GRIEVANCE OFFICER                    PIN# *415460*

FROM: *Williams, James*                    CELL LOCATION: *A5/L*

DATE FILED: *1-9-11*                        DATE CONFINED: *12-10-10*

*Mailed 1-9-11 @ Noon*

A GRIEVANCE IS:       1.    A VIOLATION OF CIVIL RIGHTS or
                      2.    A CRIMINAL ACT OCCURS or
COPY                  3.    A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
                      4.    A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
                      5.    A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL
BE ASSIGNED.  DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR.  IF
YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE
DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE.  MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF
MY KNOWLEDGE AND BELIEF.

### STATEMENT

*Written Copy:*

*On 1-8-11 I received 1/2 my psychotropic Medication*
*in the P.M. It was Haldol and Cogentin, which have*
*to be taken together to avoid serious adverse*
*reactions to the Haldol. I only am suppose to*
*take psych meds in the PM. On 1-9-11 the pill*
*distribution medic again brought me a full dose*
*of Haldol without*                    YOUR SIGNATURE  *James Williams*
*the Cogentin.*

NOTE:  Only one issue is to be presented on each form.    *SEE Reverse side*
                                                          *of this page.*

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT,
THIS FORM WILL BE REVIEWED WITHIN 24 HOURS.  THE ADA COORDINATOR IS EDSEL
WEST OR HIS DESIGNEE.

### ACTION TAKEN

RECEIVED JAN 11 2011   *The medical Record reflects that you received the first dose of both Haldol*
*and cogentin on 1-8-11 as prescribed by the Jail Medical Director. The medication administration record*
*reflects that you have been provided with both medications since that date. You were also*
*prescribed an antidepressant to be taken in the AM by the Jail Medical Director. You received*
*the first dose of this medication on 1-9-11 and again the medication administration record reflects*
*that you have received doses of this medication as prescribed. The only persons deciding what medication*
*or prescribing medication on your behalf is the Jail Medical Director. This facility does not employ*

## MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## INMATE GRIEVANCE FORM

TO: GRIEVANCE OFFICER          PIN# 415460

FROM: Williams, James          CELL LOCATION: A5/L

DATE FILED: 1-7-11          DATE CONFINED: 12-10-10

Mailed 1-7-11 @ 1:00PM

A GRIEVANCE IS:
1. A VIOLATION OF CIVIL RIGHTS or
2. A CRIMINAL ACT OCCURS or
3. A DENIAL OF INMATE RIGHTS OR PRIVILEGES or
4. A PROHIBITED ACT BY A DEPUTY OR A STAFF MEMBER or
5. A VIOLATION OF THE AMERICANS WITH DISABILIITES ACT

COPY

IF THE COMPLAINT IS FOUND TO BE A GRIEVANCE, THEN A COMPLAINT NUMBER WILL BE ASSIGNED. DO NOT FILL OUT THIS FORM IF ONE OF THESE ACTS DID NOT OCCUR. IF YOU FEEL THIS IS A GRIEVANCE, PUT IT IN A SEALED ENVELOPE AND IT WILL BE DELIVERED TO THE GRIEVANCE OFFICER.

I WISH TO FILE A GRIEVANCE. MY STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Written Copy:

### STATEMENT

This is my formal request for the appeals of any and all grievances filed prior to this. I need every Grievance I have filed since 12-10-10 to be appealed to the next Administrative level, and Not re-answered by the original respondee. You have denied me access to the appeals process or the rules of such,

### YOUR SIGNATURE

After numerous requests. If I get no response

NOTE: Only one issue is to be presented on each form.

litigation Continues without it.

IF YOU ARE SEEKING ACCOMODATION UNDER THE AMERICANS WITH DISABILITIES ACT, THIS FORM WILL BE REVIEWED WITHIN 24 HOURS. THE ADA COORDINATOR IS EDSEL WEST OR HIS DESIGNEE.

### ACTION TAKEN

Your Appeal was answered by the Jail Administrator on January 13, 2011

Sgt Ward



Grievance review board
JAMES WILLIAM

Mr. Williams your multiple grievances filed from 12/10/2010, through the present date have been answered. Any grievance submitted for appeal has been responded to in accordance with this facility following the rules and regulations of the Texas Commission on Jail Standards. Any and all future grievances filed by you, will be handle per those guidelines.

Sgt. L. Ward   *Award 1-14-11*

Sgt. M. Weinzettle   *Sgt Weinzettle 1-14-11*

Deputy B. Jordan   *1-14-11*

,